United States District Court
Southern District of Texas
**ENTERED**
February 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Zeeshan Khan, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-4199 |
| | § | |
| PBF Holding Company, LLC, | § | |
| Defendant. | § | |

## ORDER

In accordance with the Notice of Dismissal with Prejudice filed on February 9, 2021 (docket entry no. 7), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 10th day of February, 2021.

SIM LAKE
UNITED STATES DISTRICT JUDGE